# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**MALLORY MORROW**                                                       **PLAINTIFF**

v.                 **CASE NO. 3:24-CV-00019-BSM**

**USAA CASUALTY INSURANCE COMPANY**                  **DEFENDANT**

## ORDER

The parties have filed a stipulation of dismissal. Doc. No. 33. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is dismissed with prejudice. Jurisdiction will remain for thirty days after entry to ensure all settlement activities are finalized.

IT IS SO ORDERED this 18th day of December, 2024.

_____
UNITED STATES DISTRICT JUDGE