IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MALLORY MORROW**                                                              **PLAINTIFF**

v.                              **CASE NO. 3:24-CV-00019-BSM**

**USAA CASUALTY INSURANCE COMPANY**                              **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice until January 17, 2025, at which time the case is dismissed with prejudice unless the parties provide notice that the settlement has not been completed.

IT IS SO ORDERED this 18th day of December, 2024.

_____
UNITED STATES DISTRICT JUDGE